

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00227-CV

### Trial Court No. 14CCL-102

**Leenoris Barnes**

**Vs.**

**Shuntia Wheeler**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Erin L Groce |
| Reporter's record | $1,918.40 | Leenoris Barnes |
| Clerk's record | $75.00 | ERIN L. GROCE |
| Motion fee | $10.00 | U.Lawrence  Boze |
| Supreme Court chapter 51 fee | $50.00 | U.Lawrence  Boze |
| Indigent | $25.00 | U.Lawrence  Boze |
| Filing | $100.00 | U.Lawrence  Boze |
| Required Texas.gov efiling fee | $20.00 | U.Lawrence  Boze |
| **TOTAL:** | $2,208.40 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 10th day of April 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk